

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Jesse James
State Treasurer
Austin Texas

Dear Sir:

Opinion Number O-5319
Re: Under the facts submitted
do the funds, over and above
the face value of the securi-
ties sold, properly belong to
the Permanent School Fund or
to the Available School Fund?
And a related question.

We are in receipt of your request for an opinion, the
pertinent facts as stated in your letter being as follows:

"Under authority of H. B. No. 370, 47th Legis-
lature, R. S. the Board of Education has just con-
summated a sale of $2,800,000.00 par value, of U.S.
Treasury Bonds held by the State Treasurer of Texas
for the account of the Permanent School Fund at Sept-
ember 1, 1940. The proceeds of this sale are as follows:

```
"$1,600,000.00 par value sold  112.875      $2,031,750.00
  1,000,000.00 par value sold  112.40625     1,124,062.50
  Accrued interest - 2 3/4 %, 6-15-43 to 7/7/43
                                                 4,628.42
                                             $3,160,440.92
Total
```

"The price obtained was not ' a lesser price than
paid for the bonds at the time of purchase thereof' but,
was in fact at a considerably higher price.

"Under Section 2 of said Act, the State Treasurer
has made delivery of said bonds and received in payment

Honorable Jesse James, page 2

therefor the sum of 33,160,440.92  The sum of
32,800,000.00, par value of said bonds, has been
credited by us, on warrant from the Comptroller,
to the Permanent School Fund, and, the remainder
of $360,440.92 has been deposited by us in the
State Treasurer's Suspense Fund awaiting decision
as to whether some part or all of said sum is to
be credited to Available School Fund."

Upon these facts you submit the following questions:

"1. Whether the funds over and above the face
value of the securities sold properly belong to the
Permanent School Fund or to the Available School
Fund, $355,812.50 of same being produced by sale
above par and $4,628.42 being accrued interest.

"2. Whether the entire proceeds of the sale of
such bonds may, under the circumstances outlined above,
be reinvested in the 2½% fully-taxable bonds which the
Board has directed be purchased, or whether only that
portion of the sum which is the face amount of the
securities disposed of by sale may be so reinvested."

Section 5 or Article 7 of the Constitution reads as
follows:

"The principal of all bonds and other funds, and
the principal arising from the sale of the lands
hereinbefore set apart to said school fund, shall
be the permanent school fund, and all the interest
derivable therefrom and the taxes herein authorized
and levied shall be the available school fund, to
which the Legislature may add not exceeding one per
cent annually of the total value of the permanent
school fund, such value to be ascertained by the
Board of Education until otherwise provided by law,
and the available school fund shall be applied an-
nually to the support of the public free schools.

Honorable Jesse James,  page 3

> And no law shall ever be enacted appropriating any part of the permanent or available school fund to any other purpose whatever; nor shall the same, or any part thereof ever be appropriated to or used for the support of any sectarian school; and the available school fund herein provided shall be distributed to the several counties according to their scholastic population and applied in such manner as may be provided by law. (Sec. 5, Art. 7, adopted election August 11, 1891; proclamation September 22, 1891.)"

The above article of the Constitution defines the "permanent" fund and the "available" fund. The permanent fund is defined as the "principal of all bonds and <u>other funds</u>, and the principal arising from the sale of the lands, etc.," and the available fund is defined as "all the interest derivable therefrom and the taxes herein authorized."

Replying then to your first question, it is our opinion that the funds over and above the face value of the securities sold belong to the permanent school fund. It is our opinion that the profit constitutes capital gain and not interest. The accrued interest should be credited to the available fund.

It is apparent from our answer to your first question that the answer to your second question is that the entire proceeds, except the accrued interest, may be reinvested in the 2½ % bonds.

Very truly Yours

ATTORNEY GENERAL OF TEXAS

By

C. K. Gibson
Assistant

CFG-s